Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | St. Alexius Hospital Corporation #1 |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF KENTUCKY |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Aya Healthcare Inc.<br>C/O Shannon Steely<br>P.O. Box 123519, Dept 3519<br>Dallas, TX 75312 | | | | | | $228,851.50 |
| Biotronik Inc.<br>P.O. Box 205421<br>Dallas, TX 75320 | | | | | | $74,656.03 |
| Boston Scientific/Microvasive<br>P.O. Box 951653<br>Dallas, TX 75395 | | | | | | $84,421.30 |
| Cardiovascular Systems Inc.<br>1225 Old Highway 8 NW<br>Saint Paul, MN 55112 | | | | | | $75,757.96 |
| Faultless<br>C/O Terry Mason<br>2030 S. Broadway<br>Saint Louis, MO 63104 | | | | | | $154,336.75 |
| Johnson & Johnson Healthcare Sys.<br>5972 Collections Ctr. Dr.<br>Chicago, IL 60693 | | | | | | $229,182.74 |
| Jones Day<br>C/O Chris Anderson<br>77 West Wacker Drive<br>Chicago, IL 60601 | | | | | | $245,637.00 |

Debtor  **St. Alexius Hospital Corporation #1**  
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **McKesson Medical Surgical**<br>C/O Marlena Waldrum<br>12755 Highway 55 Suite R200<br>Minneapolis, MN 55441 | | | | | | $169,301.92 |
| **Midwest Emergency Dept. Services, Inc.**<br>C/O Kevin Meder<br>600 Washington Avenue, Suite 1800<br>Saint Louis, MO 63101 | | | Disputed | | | $700,000.00 |
| **MO Dep't of Higher Ed. & Workforce Dev.**<br>C/O Jaron D. Vail, MFA<br>301 W. High Street<br>P.O. Box 1469<br>Jefferson City, MO 65102 | | | | | | $100,000.00 |
| **Numed, Inc.**<br>P.O. Box 1098<br>Denton, TX 76202 | | | | | | $71,296.73 |
| **Nurses PRN**<br>1101 E. South River Street<br>Appleton, WI 54915 | | | | | | $151,519.75 |
| **Ortho Clinical Diagnostics**<br>P.O. Box 3655<br>Carol Stream, IL 60132 | | | | | | $103,733.37 |
| **SLU Care**<br>P.O. Box 958541<br>Saint Louis, MO 63195 | | | | | | $83,797.28 |
| **Specialists in Anesthesia PC**<br>C/O Dr. Brad Bernstein<br>500 S. Meramec Drive<br>Saint Louis, MO 63105 | | | | | | $215,281.00 |
| **Surgical Direct**<br>2355 Centerline Ind. Drive<br>Saint Louis, MO 63146 | | | | | | $69,557.06 |

| Debtor | **St. Alexius Hospital Corporation #1** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Sysco**<br>**3850 Mueller Rd**<br>**Saint Charles, MO**<br>**63301** | | | | | | **$159,401.01** |
| **The Talbot Group, LLC**<br>**C/O Donna Talbot**<br>**11741 W. Romin Rd**<br>**Post Falls, ID 83854** | | | | | | **$99,307.16** |
| **Total Renal Care Inc.**<br>**P.O. Box 781607**<br>**Philadelphia, PA 19178** | | | | | | **$83,774.69** |
| **Western Healthcare**<br>**C/O Scott Webb**<br>**13155 Noel Rd.**<br>**Suite 200**<br>**Dallas, TX 75240** | | | | | | **$92,000.00** |