**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LONDON DIVISION**

**IN RE**

**ST. ALEXIUS HOSPITAL**             **CASE NO. 19-61610**
**CORPORATION #1**

**DEBTOR(S)**

**ORDER**

A 20 Largest Unsecured Creditors List [ECF No. 11] having been filed in the above referenced case on January 7, 2020, the Court finds that said document is deficient for the following reasons:

Not executed under penalty of perjury by the Debtor(s) as required by FED. R. BANKR. P. 1008.

The Debtor(s) is ordered to correct the deficiencies within 14 days from the date of this Order unless the Court for cause shown extends the period. Failure to comply with this Order may result in the dismissal of this case, or the withholding of the discharge of the Debtor(s) without further notice or hearing. This does not limit any party in interest from seeking contempt sanctions, dismissal of the case, or any other remedy for failure to comply with this Order.

_____
**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
*Gregory R. Schaaf*
**Bankruptcy Judge**
**Dated: Wednesday, January 8, 2020**
(alf)