UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| St. Alexius Hospital Corporation #1, *et al.*,[1] | ) | Case No. 19-61610-grs |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | Honorable Gregory R. Schaaf |
| | ) | |

ORDER DESIGNATING INDIVIDUAL
RESPONSIBLE TO PERFORM DUTIES OF THE DEBTORS

This Court has reviewed the Corporate Resolutions filed in the above-captioned cases and hereby appoints Grant White as the individual responsible for performing the duties of St. Alexius Hospital Corporation #1 as a debtor in bankruptcy, pursuant to Fed. R. Bankr. P. 4002 and 9001(5)(A) and Local Rule of the Eastern District of Kentucky 1002-2(b).

---

[1] The Debtors in these Chapter 11 cases are (with the last four digits of their federal tax identification numbers in parentheses): Americore Holdings, LLC (0115); Americore Health, LLC (6554); Americore Health Enterprises, LLC (3887); Ellwood Medical Center, LLC (1900); Ellwood Medical Center Real Estate, LLC (8799); Ellwood Medical Center Operations, LLC (5283); Pineville Medical Center, LLC (9435); Izard County Medical Center, LLC (3388); Success Healthcare 2, LLC (8861); St. Alexius Properties, LLC (4610); and St. Alexius Hospital Corporation #1 (2766).

20789382.1

Tendered by:

BINGHAM GREENEBAUM DOLL LLP

*/s/ James R. Irving*
James R. Irving
April A. Wimberg
Christopher B. Madden
BINGHAM GREENEBAUM DOLL LLP
3500 PNC Tower
101 South Fifth Street
Louisville, Kentucky 40202
Telephone: (502) 587-3606
Facsimile:  (502) 587-3695
Email:   jirving@bgdlegal.com
            awimberg@bgdlegal.com
            cmadden@bgdlegal.com

*Proposed Counsel to the Debtors*

20789382.1